FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 MAY -9 AM 10: 3

CLERK L. moore
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FERNARD JEROME SHUMAN | ) | INDICTMENT NO. CR412-00020-001 |

## ORDER

Before the Court is Defendant's Motion to Amend Judgment to conform to oral pronouncement at sentencing. The Defendant submits that his Judgment and Commitment Order, dated October 17, 2012, reflects an instruction that Defendant make certain *minimum* payments toward his criminal monetary penalties while in the custody of the Bureau of Prisons, but that the Court did not include the word "minimum" when it set such payments orally at sentencing.

The Court has reviewed the record and acknowledges that Defendant is correct: at sentencing, the Court instructed that Defendant, while incarcerated, pay toward his monetary penalties at the rate of either $25 per quarter or 50 percent of his monthly earnings, depending on his UNICOR status. While it was the Court's intent to impose such instruction as the Judgment reflects, the Court did not do so.

As pointed out by Defendant, when the written judgment unambiguously conflicts with the Court's oral pronouncement of sentence, the oral pronouncement governs. United States v. Bonilla, 579 F.3d 1233 (11th Cir. 2009).

By copy of this Order, the Bureau of Prisons is notified that the Court's instruction to Defendant regarding the payment of criminal monetary penalties while in custody is that **he shall**

make payments of either quarterly installments of $25 if working non-UNICOR or 50 percent of monthly earnings if working UNICOR.

Defendant's Motion is **GRANTED**.

**SO ORDERED**, this 9 day of May, 2013.

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia