# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 OCT 22, AM 11: 03
CLERK_____
SO. DIST. OF GA.

United States of America
v.

Fernard Jerome Shuman

)
)
)
)
)
)
)
)

Case No:  4:12CR00020-1

USM No:  17322-021

Daveniya E. Fisher
*Defendant's Attorney*

Date of Original Judgment:  October 17, 2012
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the Court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ **DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  October 17, 2012,  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  10/22/15

_____
*Judge's signature*

Effective Date:  November 1, 2015
*(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*