IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA  *
                          *
v.                        *   CR 412-020-001
                          *
FERNARD JEROME SHUMAN     *

# O R D E R

Before the Court is Defendant Fernard Jerome Shuman's motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) based upon Amendment 782 to the United States Sentencing Guidelines.[1]

On October 17, 2012, Shuman was sentenced upon his plea of guilty to two separate counts: (1) conspiracy to distribute controlled substances (the "drug charge"), and (2) unlicensed dealing in firearms (the "gun charge"). Shuman was sentenced to serve 100 months on the drug charge and 60 months on the gun charge, with the sentences to run concurrently. (See Judgment and Commitment Order of Oct. 17, 2012, at 2, doc. no. 69.)

Amendment 782 to the United States Sentencing Guidelines

---

[1] The Court sua sponte considered the effect of Amendment 782 upon Shuman's sentence and denied a reduction on October 22, 2015. The Clerk is directed to attach this previous Order (doc. no. 87) to the service copy of the instant Order.

implements a two-level offense level reduction to a majority of the offense levels assigned to the drug quantities set forth in Section 2D1.1 of the Guidelines. U.S.S.G. App. C, amend. 782. However, Amendment 782 has no effect on the applicable guideline range in this case; the guideline range that was used to determine the sentence relates to the gun charge because it produces the highest offense level of 27 yielding a guideline range of 87 to 108 months.[2] A sentence of 100 months was necessarily imposed to achieve the total punishment on both counts, see U.S.S.G. § 5G1.2, and the guideline range as it relates to the gun charge - 87 to 108 months - remains unchanged. Simply put, Amendment 782 does not change the appropriateness of the sentence.

Upon the foregoing, Shuman's motion for reduction of sentence (doc. no. 93) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 12th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE

---

[2] By contrast, the drug charge only produced an offense level of 14.

2